FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS HOLMAN and AMIE HOLMAN,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>　　　　　　　　Defendant. | NO: 2:19-CV-208-RMP<br><br>ORDER DISMISSING COMPLAINT AND CLOSING CASE |

This matter was removed from the Pend Oreille County Superior Court to the Eastern District of Washington on June 12, 2019. ECF No. 1. On September 3, 2019, this Court entered an Order Granting Defendant's Motion to Dismiss and Granting Plaintiffs Leave to Amend. ECF No. 11. The Court allowed Plaintiffs sixty days from the date of the Order to amend the Complaint or risk having the Complaint dismissed for failure to state a claim. *See* ECF No. 11 at 12.

/ / /

/ / /

ORDER DISMISSING COMPLAINT AND CLOSING CASE ~ 1

Plaintiffs have failed to amend the Complaint as allowed by the Court. Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Complaint is dismissed **with prejudice** for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter a judgment of dismissal with prejudice, provide copies to Plaintiffs and to counsel, and **close this case**.

**DATED** November 19, 2019.

                                    *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON
                                   United States District Judge