# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2019

SEAN F. McAVOY, CLERK

DOUGLAS HOLMAN and AMIE HOLMAN,

*Plaintiff*

v.

WELLS FARGO HOME MORTGAGE,

*Defendant*

Civil Action No. 2:19-CV-208-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: On September 3, 2019, the Court entered an Order Granting Defendant's Motion to Dismiss and Granting Plaintiffs Leave to Amend (ECF No. 11). Plaintiffs have failed to amend the Complaint as allowed by the Court. Plaintiffs' Complaint is dismissed with prejudice for failure to state a claim upon which relief may be granted. Judgment of dismissal is hereby entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson.

Date: November 19, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb